**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| STEPHEN MANLEY, § | |
| § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-14-2749 |
| § | |
| TEXAS SOUTHERN UNIVERSITY, § | |
| THURGOOD MARSHALL SCHOOL § | |
| OF LAW ADMISSIONS COMMITTEE § | |
| EDWARD RENEE, *et al.* § | |
| § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Opinion entered today, this action is dismissed with prejudice.

SIGNED on May 12, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge